UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| GHASEM ATASHKHANEH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 8:19-CV-2814-WFJ-AEP |
| | ) |
| SAM'S EAST, INC., | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S NOTICE OF FILING EVIDENCE IN SUPPORT OF ITS
MOTION FOR SUMMARY JUDGMENT
AND INCORPORATED MEMORANDUM OF LAW**

Defendant Sam's East, Inc., by and through its undersigned counsel, hereby gives notice of filing the below deposition transcripts, including exhibits, and Declaration of Alejandro Figueroa Munoz in support of Defendant's Motion for Summary Judgment filed this 20th day of November, 2020, and for all other purposes.

1. Deposition transcripts of Ghashem Atashkhaneh (Volumes I and II), including Exhibits, taken June 29, 2020;

2. Deposition transcript of Alan Cole, including Exhibits, taken July 1, 2020;

3. Deposition transcript of Sean Youdelman, including Exhibits, taken July 1, 2020;

4. Deposition transcript of Alejandro Figueroa Munoz, including Exhibits, taken July 10, 2020;

5. Deposition transcript of Don Nickens, including Exhibits, taken August 7, 2020;

6. Deposition transcript of Jonathan Crabtree, including Exhibits, taken July 1, 2020;

7. Deposition transcript of Christopher D'Avanzo, including Exhibits, taken July 10, 2020;

8. Deposition transcript of Jumana Kader, including Exhibits, taken August 27, 2020; and

9. Declaration of Alejandro Figueroa Munoz.

Dated November 20, 2020.

Respectfully submitted,

LITTLER MENDELSON, P.C.
111 North Orange Avenue, Suite 1750
Orlando, Florida 32801
Telephone: (407) 393-2900
Facsimile: (407) 393-2929

By: */s/ Allison Wiggins*
Kimberly J. Doud
Florida Bar No.: 523771
Email: kdoud@littler.com

Allison Wiggins
Florida Bar No.: 105733
Email: awiggins@littler.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 20th day of November 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served on all counsel of record via transmission of notices of Electronic Filing generated by the CM/ECF system or in some other authorized manner.

By: */s/ Allison Wiggins*
Allison Wiggins