# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

Ghasem Atashkhaneh  )
  )
v.  )  Case No.: 8:19-cv-2814-T-02AEP
Sam's East, Inc.  )
  )
  )

## BILL OF COSTS

Judgment having been entered in the above entitled action on __02/19/2021__ against __Ghasem Atashkhaneh__,
                                                              *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 5,165.80 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| TOTAL | $ 5,165.80 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☑ Electronic service          ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney:   Kimberly J. Doud

Name of Attorney:  Kimberly J. Doud, Esquire

For:  Sam's East, Inc.                                       Date:  03/05/2021
      *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____
Clerk of Court                 Deputy Clerk                 Date

# UNITED STATES DISTRICT COURT

| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| **Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)** ||||||||
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $0.00 |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GHASEM ATASHKHANEH,  )
                    )
    Plaintiff,      )
                    )
v.                  )   CASE NO.: 8:19-CV-2814-WFJ-AEP
                    )
SAM'S EAST, INC.,   )
                    )
    Defendant.      )
                    )

**DEFENDANT'S ITEMIZATION FOR BILL OF COSTS**

**Court Reporter Fees**

| | |
|---|---|
| Deposition of Ghashem Atashkhaneh | $2,090.20[1] |
| Deposition Transcript of Alejandro Figueroa Munoz | $515.70 |
| Deposition Transcript of Christopher D'Avanzo | $367.35 |
| Deposition Transcript of Alan Cole | $509.25 |
| Deposition Transcript of Jonathan Crabtree | $481.35 |
| Deposition Transcript of Sean Youdelman | $577.65 |
| Deposition Transcript of Don Nickens | $168.90 |
| Deposition Transcript of Jumana Kader | $455.40 |
| Total: | $5,165.80 |

---

[1] Line items for "E-Bundle / Lit Support Package" and "Processing, Handling and Archiving are included on the invoice for Plaintiff's deposition, but not included in the bill of costs.

Dated March 5, 2021

Respectfully submitted,

LITTLER MENDELSON, P.C.
111 North Orange Avenue, Suite 1750
Orlando, Florida 32801
Telephone: (407) 393-2900
Facsimile: (407) 393-2929

By:   */s/ Kimberly J. Doud*
     Kimberly J. Doud
     Florida Bar No.: 523771
     Email: kdoud@littler.com

     Allison Wiggins
     Florida Bar No.: 105733
     Email: awiggins@littler.com

     Attorneys for Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 5th day of March 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served on all counsel of record via transmission of notices of Electronic Filing generated by the CM/ECF system or in some other authorized manner.

By:   */s/ Kimberly J. Doud*



| | |
|---|---|
| P.O. Box 734298<br>Dept. 2012<br>Dallas, TX 75373-4298<br>P:(844) 359-1173 F: 267.775.3310 | **INVOICE**<br>**Invoice No:** 140041<br>**Invoice Date:** 07/22/2020<br>**Payment Terms:** Net 30 |

**BILL TO:**
Allison Wiggins
Littler Mendelson - Orlando
111 North Orange Ave., Ste. 1750
Orlando, Florida  32801
United States

**Case Name:** Ghashem Atashkhaneh v. Sam's East, Inc.
**Witness:** Ghashem Atashkhaneh
**Event Date:** 06/29/2020
**Matter No:** 080000.1376
**Note:** Concluding at 6:59 p.m.
**Location:** LegalView - All parties appearing remotely.

| DESCRIPTION/SERVICE | QTY | AMOUNT |
|---|---|---|
| Original Transcript & 1 Copy - Video Testimony - Vol 1 & 2 | 339 | $1,000.05 |
| Mini / Condensed Transcript | 1 | $29.00 |
| PTX / PDF Files - COMPLIMENTARY | 1 | N/C |
| Exhibits | 117 | $111.15 |
| E-Bundle / Lit Support Package | 1 | $47.50 |
| Reporter Appearance Fee - Per Hour | 7 | $665.00 |
| Reporter Appearance Fee - After Hours | 2 | $285.00 |
| Processing, Handling & Archiving | 1 | $35.00 |
| Shipping/Delivery - COMPLIMENTARY | 1 | N/C |

Tax ID: 46-4363191          1.5% finance charge per month on delinquent balances.          Payment not contingent upon client reimbursement.

To pay this invoice by credit card, visit
https://www.lexitaslegal.com/bill-pay
and enter job #2020-86418

| | |
|---|---|
| Total Due | $2,172.70 |
| Payments/Credits | $0.00 |
| **Balance Due** | $2,172.70 |

# INVOICE

1 of 2

**UNITED REPORTING, INC.**
Court Reporting Services
1218 S.E. 3rd Avenue, Ft. Lauderdale, Fl 33316
(954) 525-2221  Fax: (954) 525-0511
www.unitedreporting.net

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 271022 | 10/7/2020 | 341888 |
| **Job Date** | **Case No.** | |
| 7/10/2020 | 819CV2814T02AEP | |

| Case Name |
|---|
| Atashkhaneh, Ghashem vs. Sam's East, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Allison Wiggins, Esq.
Littler Mendelson P.C.
111 N Orange Ave
Ste 1750
Orlando, FL 32801-2334

Deposition Of:
   Alejandro Figueroa Munoz (Ordered 9-22-2020)        82.00   Pages   @   5.25   430.50
     Exhibit                                                 39.00           @   0.30    11.70
     Word Index                                              14.00   Pages   @   5.25    73.50
     E-mailed                                                 1.00           @   0.00     0.00
Deposition Of:
   Christopher D'Avanzo (Ordered 9-22-2020)            57.00   Pages   @   5.25   299.25
     Exhibit                                                 52.00           @   0.30    15.60
     Word Index                                              10.00   Pages   @   5.25    52.50
     E-mailed                                                 1.00           @   0.00     0.00

**TOTAL DUE   >>>**                                                                        **$883.05**

Original and One Certified Copy
RC/AE
Sent via email on 10-7-2020 to: awiggins@littler.com; VKing@littler.com; KDoud@littler.com; MFilmore@littler.com
United Reporting, Inc., acting as agent for Executive Reporting Service
Payment is not contingent upon client reimbursement.
Past due accounts accrue 1.5% monthly, all collection costs and attorney's fees.
**Invoice inquiries call: (727) 823-4155**

(-) Payments/Credits:                                                                       883.05

**Tax ID:** 55-0793657

*Please detach bottom portion and return with payment.*

Allison Wiggins, Esq.
Littler Mendelson P.C.
111 N Orange Ave
Ste 1750
Orlando, FL 32801-2334

Job No.       : 341888          BU ID          : ERS/VTC
Case No.      : 819CV2814T02AEP
Case Name     : Atashkhaneh, Ghashem vs. Sam's East, Inc.

Invoice No.   : 271022          Invoice Date   : 10/7/2020
**Total Due**     : **$0.00**

**PAYMENT WITH CREDIT CARD**     AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                          Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **United Reporting, Inc.**
          **1218 Southeast 3rd Avenue**
          **Fort Lauderdale, FL 33316**
          **Fax payment information to: 754-263-5905**

# INVOICE

2 of 2

UNITED REPORTING, INC.
Court Reporting Services
1218 S.E. 3rd Avenue, Ft. Lauderdale, Fl 33316
(954) 525-2221  Fax: (954) 525-0511
www.unitedreporting.net

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 271022 | 10/7/2020 | 341888 |
| Job Date | Case No. ||
| 7/10/2020 | 819CV2814T02AEP ||

| Case Name |
|---|
| Atashkhaneh, Ghashem vs. Sam's East, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Allison Wiggins, Esq.
Littler Mendelson P.C.
111 N Orange Ave
Ste 1750
Orlando, FL 32801-2334

(+) Finance Charges/Debits:   0.00
(=) New Balance:   $0.00

**Tax ID:** 55-0793657

Please detach bottom portion and return with payment.

Allison Wiggins, Esq.
Littler Mendelson P.C.
111 N Orange Ave
Ste 1750
Orlando, FL 32801-2334

Job No.    : 341888          BU ID       : ERS/VTC
Case No.   : 819CV2814T02AEP
Case Name  : Atashkhaneh, Ghashem vs. Sam's East, Inc.

Invoice No. : 271022          Invoice Date : 10/7/2020
**Total Due** : **$0.00**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                  Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **United Reporting, Inc.**
          **1218 Southeast 3rd Avenue**
          **Fort Lauderdale, FL 33316**
          **Fax payment information to: 754-263-5905**

# INVOICE

1 of 2

**UNITED REPORTING, INC.**
Court Reporting Services
1218 S.E. 3rd Avenue, Ft. Lauderdale, Fl 33316
(954) 525-2221  Fax: (954) 525-0511
www.unitedreporting.net

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 270665 | 9/29/2020 | 341883 |
| Job Date | Case No. | |
| 7/1/2020 | 819CV2814T02AEP | |

| Case Name |
|---|
| Atashkhaneh, Ghashem vs. Sam's East, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Allison Wiggins, Esq.
Littler Mendelson P.C.
111 N Orange Ave
Ste 1750
Orlando, FL 32801-2334

Deposition Of:
    Alan Cole (Ordered 9-21-2020)     82.00 Pages @ 5.25    430.50
    Exhibit     35.00 @ 0.30    10.50
    Word Index     13.00 Pages @ 5.25    68.25
    E-mailed     1.00 @ 0.00    0.00

Deposition Of:
    Jonathan Crabtree (Ordered 9-21-2020)     78.00 Pages @ 5.25    409.50
    Exhibit     12.00 @ 0.30    3.60
    Word Index     13.00 Pages @ 5.25    68.25
    E-mailed     1.00 @ 0.00    0.00

Deposition Of:
    Sean Youdelman (Ordered 9-21-2020)     94.00 Pages @ 5.25    493.50
    Exhibit     18.00 @ 0.30    5.40
    Word Index     15.00 Pages @ 5.25    78.75
    E-mailed     1.00 @ 0.00    0.00

TOTAL DUE >>>    **$1,568.25**

**Tax ID:** 55-0793657

*Please detach bottom portion and return with payment.*

---

Allison Wiggins, Esq.
Littler Mendelson P.C.
111 N Orange Ave
Ste 1750
Orlando, FL 32801-2334

Job No.     : 341883        BU ID        : ERS/VTC
Case No.    : 819CV2814T02AEP
Case Name   : Atashkhaneh, Ghashem vs. Sam's East, Inc.

Invoice No. : 270665        Invoice Date : 9/29/2020
**Total Due** : **$0.00**

**PAYMENT WITH CREDIT CARD**  AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **United Reporting, Inc.**
    **1218 Southeast 3rd Avenue**
    **Fort Lauderdale, FL 33316**
    **Fax payment information to: 754-263-5905**

# I N V O I C E

2 of 2



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 270665 | 9/29/2020 | 341883 |
| Job Date | Case No. | |
| 7/1/2020 | 819CV2814T02AEP | |
| Case Name | | |
| Atashkhaneh, Ghashem vs. Sam's East, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Allison Wiggins, Esq.
Littler Mendelson P.C.
111 N Orange Ave
Ste 1750
Orlando, FL 32801-2334

Original and One Certified Copy
RC/KB
Sent via email on 9-29-2020 to: awiggins@littler.com; VKing@littler.com; KDoud@littler.com; MFilmore@littler.com
United Reporting, Inc., acting as agent for Executive Reporting Service
Payment is not contingent upon client reimbursement.
Past due accounts accrue 1.5% monthly, all collection costs and attorney's fees.
**Invoice inquiries call: (727) 823-4155**

|   |   |
|---|---:|
| ( - ) Payments/Credits: | 1,568.25 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $0.00 |

**Tax ID:** 55-0793657

*Please detach bottom portion and return with payment.*

Allison Wiggins, Esq.
Littler Mendelson P.C.
111 N Orange Ave
Ste 1750
Orlando, FL 32801-2334

Job No.       : 341883           BU ID        : ERS/VTC
Case No.      : 819CV2814T02AEP
Case Name     : Atashkhaneh, Ghashem vs. Sam's East, Inc.

Invoice No.   : 270665           Invoice Date : 9/29/2020
**Total Due**    : **$0.00**

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                          Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **United Reporting, Inc.**
           **1218 Southeast 3rd Avenue**
           **Fort Lauderdale, FL 33316**
           **Fax payment information to: 754-263-5905**

# I N V O I C E

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 270684 | 9/29/2020 | 343453 |
| Job Date | Case No. | |
| 8/7/2020 | 819CV2814T02AEP | |
| Case Name | | |
| Atashkhaneh, Ghashem vs. Sam's East, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Allison Wiggins, Esq.
Littler Mendelson P.C.
111 N Orange Ave
Ste 1750
Orlando, FL 32801-2334

Deposition Of:
    Don Nickens (Ordered 9-21-2020)    27.00 Pages @ 5.25    141.75
    Exhibit    3.00 @ 0.30    0.90
    Word Index    5.00 Pages @ 5.25    26.25
    E-mailed    1.00 @ 0.00    0.00

**TOTAL DUE   >>>**  $168.90

Original and One Certified Copy
RC/KB
Sent via email on 9-29-2020 to: awiggins@littler.com; VKing@littler.com; KDoud@littler.com; MFilmore@littler.com
United Reporting, Inc., acting as agent for Executive Reporting Service
Payment is not contingent upon client reimbursement.
Past due accounts accrue 1.5% monthly, all collection costs and attorney's fees.
**Invoice inquiries call: (727) 823-4155**

(-) Payments/Credits:    168.90
(+) Finance Charges/Debits:    0.00
(=) New Balance:    **$0.00**

**Tax ID:** 55-0793657

*Please detach bottom portion and return with payment.*

Allison Wiggins, Esq.
Littler Mendelson P.C.
111 N Orange Ave
Ste 1750
Orlando, FL 32801-2334

Job No.      : 343453         BU ID        : ERS/VTC
Case No.     : 819CV2814T02AEP
Case Name    : Atashkhaneh, Ghashem vs. Sam's East, Inc.

Invoice No.  : 270684         Invoice Date : 9/29/2020
**Total Due**    : **$0.00**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                          Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **United Reporting, Inc.**
    **1218 Southeast 3rd Avenue**
    **Fort Lauderdale, FL 33316**
    **Fax payment information to: 754-263-5905**

# INVOICE

1 of 1

**UNITED REPORTING, INC.**
Court Reporting Services
1218 S.E. 3rd Avenue, Ft. Lauderdale, Fl 33316
(954) 525-2221  Fax: (954) 525-0511
www.unitedreporting.net

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 270550 | 9/25/2020 | 344935 |
| **Job Date** | **Case No.** ||
| 8/27/2020 | 819CV2814T02AEP ||
| **Case Name** |||
| Atashkhaneh, Ghashem vs. Sam's East, Inc. |||
| **Payment Terms** |||
| Due upon receipt |||

Allison Wiggins, Esq.
Littler Mendelson P.C.
111 N Orange Ave
Ste 1750
Orlando, FL 32801-2334

**Deposition Of:**

| | | | | |
|---|---|---|---|---|
| Jumana Kader (Ordered 9-21-2020) | 74.00 Pages | @ | 5.25 | 388.50 |
| Exhibit | 13.00 | @ | 0.30 | 3.90 |
| Word Index | 12.00 Pages | @ | 5.25 | 63.00 |
| E-mailed | 1.00 | @ | 0.00 | 0.00 |

**TOTAL DUE  >>>**                                     **$455.40**

Original and One Certified Copy
RC/JL
Sent via email on 9-25-2020 to: awiggins@littler.com; VKing@littler.com; KDoud@littler.com; MFilmore@littler.com
United Reporting, Inc., acting as agent for Executive Reporting Service
Payment is not contingent upon client reimbursement.
Past due accounts accrue 1.5% monthly, all collection costs and attorney's fees.
**Invoice inquiries call: (727) 823-4155**

(-) Payments/Credits:           455.40
(+) Finance Charges/Debits:       0.00
(=) New Balance:              **$0.00**

**Tax ID:** 55-0793657

*Please detach bottom portion and return with payment.*

Allison Wiggins, Esq.
Littler Mendelson P.C.
111 N Orange Ave
Ste 1750
Orlando, FL 32801-2334

Job No.       : 344935              BU ID        : ERS/VTC
Case No.      : 819CV2814T02AEP
Case Name     : Atashkhaneh, Ghashem vs. Sam's East, Inc.

Invoice No.   : 270550              Invoice Date : 9/25/2020
**Total Due**    : **$0.00**

**PAYMENT WITH CREDIT CARD**      AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                      Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **United Reporting, Inc.**
**1218 Southeast 3rd Avenue**
**Fort Lauderdale, FL 33316**
**Fax payment information to: 754-263-5905**